**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7230

WILLIE REESE,

Plaintiff - Appellant,

versus

ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES;
CHARLOTTE MECKLENBURG POLICE DEPARTMENT;
CHARLOTTE NARCOTIC AGENCY,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:07-cv-00308-GCM)

Submitted: January 23, 2008      Decided: February 11, 2008

Before GREGORY and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Willie Reese, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Reese appeals the district court's order dismissing Reese's 42 U.S.C. § 1983 (2000) action for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Reese v. Alcohol Tobacco Firearms & Explosives</u>, No. 3:07-cv-00308-GCM (W.D.N.C. Aug. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>